IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
USDC CLERK, FLORENCE, SC
2010 APR -8 P 1: 58

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| vs. | ) Civil Action No.:4:09-cv-682-TLW-TER<br>) |
| SHERRY G. ENGEL; ROBERTUS LEONARDUS CORNELIS ENGEL, Individually and as Special Administrator of the Estate of Frederik Nicholaas Eduard Antonius Engel; PETER RUBEN ENGEL; and RICK JONATHAN ENGEL, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

The Court entered an Order in this case on March 16, 2010, directing the plaintiff to deposit the Policy Benefits at issue in this case plus accrued interest into the registry of the Court. (Doc. #58). The Court also noted in the Order that the plaintiff was entitled to an award of $5,000 in attorney's fees and costs. (Doc. #58). By way of letter dated March 30, 2010, counsel for the plaintiff advised the Court that it had deposited $217,256.92, representing the Policy Benefits plus interest, into the registry of the Court. The Clerk of Court for the District of South Carolina has issued a receipt indicating that $217,256.92 was deposited into the registry of the Court by the plaintiff on March 30, 2010. A copy of the letter and the receipt are attached to this Order.

In accordance with this Court's prior Order entered on March 16, 2010, (Doc. #58), the Clerk of Court is directed to disburse $5,000 to plaintiff The Guardian Life Insurance Company of America. This $5,000 disbursement represents the $5,000 in fees and costs awarded to the plaintiff in this Court's March 16, 2010 Order, and shall be disbursed from the funds previously deposited

by the plaintiff into the registry of the Court in connection with this case.

**IT IS SO ORDERED.**

Terry L. Wooten
United States District Judge

April 8, 2010
Florence, South Carolina